UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.:



GARY BENFIELD,

    Plaintiff,

vs.

**05-22292**

UK ACQUISITION CO., PARK WEST
GALLERIES, INC., KEATON, INC. d/b/a
PARK WEST AT SEA, CARNIVAL CORP.,
HOLLAND AMERICA, ROYAL CARIBBEAN
INTERNATIONAL, and CELEBRITY CRUISES,

    Defendants.

_____/

## COMPLAINT FOR COPYRIGHT INFRINGEMENT AND INJUNCTIVE RELIEF

Plaintiff, GARY BENFIELD, by and through his undersigned counsel, sues Defendants, UK

ACQUISITION CO. ("UK"), PARK WEST GALLERIES, INC. ("Park West"), KEATON, INC.

d/b/a PARK WEST AT SEA ("Keaton"), CARNIVAL CORP.("Carnival"), HOLLAND AMERICA

("HA"), ROYAL CARIBBEAN ("RCL"), and CELEBRITY CRUISES ("Celebrity"), and alleges

as follows:

### INTRODUCTION

Gary Benfield ("Benfield") is a very successful artist living and working in England. In 1999

he entered into an Agreement with a British company, London Contemporary Art ("LCA"). The

Agreement between Benfield and LCA was subsequently assigned to UK Acquisition Company

("UK"), a company wholly owned by Park West Galleries, Inc. ("Park West"). In essence, LCA was

to produce and distribute authorized limited edition copies of Benfield's original works, which were

-1-



sold mostly through auctions conducted on board cruise ships. Over the years, the volume of sales

of Benfield's works ranged into the tens of millions of dollars. Recently, Benfield has discovered

that LCA, UK and Park West, its successors in interest, have been producing, and with the

participation of the cruise lines, have been selling, unauthorized forgeries of his art work. Through

the sales of these forgeries, not only are these sellers defrauding and taking advantage of Benfield

and unsuspecting and trusting cruise line customers, but they are also making illegal profits, violating

the copyrights owned by Benfield, and have caused and continue to cause substantial damage to

Benfield by disparaging his good name and reputation. In order to stop these illegal actions, Benfield

now files this Complaint against all responsible entities.

## JURISDICTION AND VENUE

1.      This is a suit for copyright infringement under the United States Copyright Act of

1976, as amended, 17 U.S.C. Sections 101 et seq. (The "Copyright Act"). This Court has

jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.      Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400)a).

## PARTIES

3.      Plaintiff, GARY BENFIELD, ("Benfield"), is an artist who resides and works in

England.

4.      Defendant, UK ACQUISITION CO. ("UK"), is a Delaware corporation that, upon

information and belief, is not authorized to do business in the State of Florida, but in fact does

business in Florida, and is *sui juris*, having filed the instant lawsuit. UK is the successor in interest

to London Contemporary Art ("LCA"), the entity that originally contracted with Benfield to produce

and distribute authentic editions of Benfield's original art works. (A copy of the purported

assignment and correspondence from UK confirming the assignment are attached as Exhibit "A".)

5.     PARK WEST GALLERIES, INC. ("Park West") is a corporation headquartered in Michigan, but who maintains an office in Broward County, Florida, and does business in Florida. Park West owns UK, and its president, Albert Scaglione, is also the president of UK.

6.     KEATON, INC. d/b/a PARK WEST AT SEA ( "Keaton") is a Delaware corporation. KEATON, INC., under its d/b/a conducts the ship-based auctions on the various cruise lines.  PARK WEST AT SEA was incorporated in Florida as the name Keaton, Inc. was not available.  Keaton is a wholly-owned subsidiary of Park West

7.     ROYAL CARIBBEAN INTERNATIONAL ("RCL") is a division of Royal Caribbean Cruise, LTD.  It is a Liberian company with its principal offices in Miami-Dade County, Florida.  It is one of the world's largest cruise companies, with twenty-nine (29) modern ships operating throughout the world.  At all times material hereto, it authorized, participated in and profited from the art auctions onboard their cruise ships in which forged art works were sold.

8.     CELEBRITY CRUISES, INC., ("Celebrity") is a foreign corporation with its principal place of business in Miami-Dade County, Florida.  In 1997, Celebrity merged with Royal Caribbean International to form Royal Caribbean Cruises LTD.  At all times material hereto, it authorized, participated in and profited from the art auctions onboard their cruise ships in which forged art works were sold.

9.     CARNIVAL CRUISE LINES ("Carnival") is the most popular and most profitable cruise line in the world.  Its principal place of business is in Miami-Dade County, Florida.  At all times material hereto, it authorized, participated in and profited from the art auctions onboard their cruise ships in which forged art worked was sold.

10.    HOLLAND AMERICA LINE, INC. ("HA") is a leader in the premium cruise sector. It is a Washington corporation with offices in Miami-Dade County, Florida.  It operates a fleet of 12

-3-

ships, and visits more than 200 ports in its primary destinations.  At all times material hereto, it authorized, participated in and profited from the art auctions onboard their cruise ships in which forged artworks were sold.

## GENERAL BACKGROUND

11.     In essence, the manner in which this particular sector of the art 'business' functions is as follows:

a.      An artist creates an original work of art, in whatever medium, whether oil on canvas, a watercolor, etc;

b.      The artist then engages a publisher who will select original paintings to use as a study for limited edition prints.  An edition size is agreed with the artist.  For example, the publisher and artist may agree to produce an edition of 1,000 numbered and signed pieces. The publisher and artist then create the plates and silk screens used to create the limited edition. Typically, the edition will also include a certain number of pieces referred to as "artist  proofs," which may or may not be numbered, but are still counted within the total edition quantity. All are signed by the artist, however.

c.      The artist and publisher inspect the edition for quality control purposes and the artist then signs the acceptable prints.  In order to allow for variances in the production, it is normal to overproduce several hundred extra pieces until the edition quantity is acceptable.  The waste, or overprint, is then destroyed.

d.      The publisher then sells the final pieces to auction houses or galleries, who then sell the pieces either through actual galleries, or through auctions at hotels or on board cruise ships.

## ALLEGATIONS COMMON TO ALL COUNTS

12.     On November 29, 1999, Benfield entered into an agreement with LCA (hereinafter "Agreement").  Among other things that agreement provided as follows:

        a.        that the artist, BENFIELD, would maintain the copyright of all images;

        b.        that the artist will sell original paintings to LCA;

        c.        that the artist will be paid for editions of 750 prints: £1700 for 24"x36", £1400 for 17"x23", and £1000 for 12"x18";

        d.        that he will receive ten (10) Artists Proofs of each edition; and

        e.        that the agreement was for a term of five (5) years, with an option to renew the agreement for an additional five (5) years if LCA "abided by all of its contractual undertakings."  A copy of the agreement is attached as Exhibit "B".

13.     The agreement was modified on December 22, 2003.  It increased the size of each edition from 750 to 1200 prints and increased the price paid to BENFIELD to £3200 for 24"x36", £2600 for 17"x23", and £1800 for 12"x18".

14.     Defendant, UK, claims to be the assignee, as of July 30, 2004, of the agreement between LCA and BENFIELD.  As such, UK stands in the shoes of LCA and is subject to the same claims.

15.     According to the agreement with LCA, BENFIELD produced various original paintings. These were then submitted to LCA. LCA was to produce a specific amount of limited editions, artists proofs, both printed on canvas, and limited edition serigraphs which were printed on linen. Initially the editions were to be for 750 pieces each, but this was later increased to 1,200 pieces.  Due to inherent imperfections with the printing process, approximately 400 to 600 extra

-5-

copies were printed, until the selection process was completed for the entire run, and then the waste was to be destroyed.

16.     In fact, however, LCA did not destroy the plates, stencils, and silk screens used to print limited editions. Instead, LCA secretly overprinted or failed to dispose of the waste, and sold these prints without the knowledge of BENFIELD.   Moreover, because BENFIELD was aware of the number of prints, artists editions, and linen seriographs for any given limited edition, LCA could not have him sign any extra prints.  Therefore employees and officers of LCA forged BENFIELD's signature on the limited editions and artists proofs and sold these as 'originals.'

17.     Upon information and belief, LCA, with the knowledge and consent of UK, Park West and its affiliates and subsidiaries, forged BENFIELD's signature on hundreds of copies of AT LEAST the following editions: "L'amour", Sienna Nights", "Equinox", "Confidences I," "Appassionata I," "Lovers," "Desire" and "Miranda".  Indeed, at least 250 prints of "Miranda" were forged as the total edition was limited to 350 prints and LCA sold at least 600 copies.

18.     UK, Park West, Keaton and all the cruise lines have made tremendous profits from the sale of Benfield art works.  In 2004, Benfield published 9 editions, with each edition having at least 1,200 pieces, at an average sale price to the retail consumer of $600.00 per piece, for a total gross income for each edition of approximately $720,000.00.  If that amount is then multiplied by the number of editions for 2004, it results in a potential gross income of $6,500,000.00, just for Benfield art!  In 2003, Benfield produced 21 editions, which equals a potential gross income of $15,000,000.00.  In 2002, Benfield produced 17 editions, which equals a potential gross income of $7,650,000.00.

-6-

19.    Upon information and belief, Defendants, UK, Park West and Keaton have engaged in a course of conduct and have acted in a similar fashion with respect to at least two (2) other artists, forging the artist's names on limited edition pieces, which have been sold at cruise art auctions.

20.    The use of Benfield's forged signature on limited editions prints without his knowledge and permission constitutes infringement of copyright in violation of Title 17 of the United States Code.

21.    Defendants, Carnival, HA, RCL, and Celebrity, each had the right and ability to supervise the art auctions and the sale of forged  Benfield pieces, in the following respects among others:

     a.    they controlled and investigated the selection of the companies to conduct the art auctions;

     b.    they controlled which vessels would conduct art auctions;

     c.    they controlled the frequency and content of on board announcements for the art auctions;

     d.    they provided cruise line personnel for auction duties;

     e.    they controlled the scheduling and frequency of art auctions;

     f.    they received and processed all revenue generated from the art auctions;

22.    In addition, Defendants, Carnival, HA, RCL, and Celebrity, each received a direct financial benefit as a result of the sale of the copies bearing forged signatures. As such, Defendants, Carnival, HA, RCL, and Celebrity, are vicariously liable for the copyright infringement.

23.    Defendants, UK and Park West, with  knowledge of the forging of Benfield's signature, by their actions or inaction induced, caused, or materially contributed to, or substantially participated in, the illegal conduct.

24.    Defendants, UK, as the purported assignee of LCA, or as the corporate parent of LCA, is responsible for the actions taken by the employees and officers of LCA.

25.     Defendants, Park West, as the corporate parent of UK, and as the operator of Park West at Sea, possessed and exercised the right and ability to supervise the activities of its subsidiaries and their employees and officers, and also possessed and received a direct financial interest in the exploited copyrighted materials.  As such, Park West is vicariously liable for the violation of Benfield's copyright.

26.     On information and belief, Defendants, UK and Park West have sold additional unauthorized forgeries of other Benfield works.

27.     The specific acts of copyright infringement alleged, as well as the Defendants' entire course of conduct, have caused and are causing Plaintiff substantial and incalculable harm, and, unless enjoined by this Court, Defendants, UK, Park West, and Keaton will continue to sell such unauthorized, infringing works, and Defendants, Carnival, HA, RCL, and Celebrity, will continue to profit from these unauthorized, infringing works.  Unless this Court restrains the Defendants from committing further acts of copyright infringement, Plaintiff will suffer further irreparable injury for which he has no adequate remedy at law.

28.     By their actions above, Defendants have infringed and, on information and belief, will continue to infringe the copyrighted pictorial works of the Plaintiff by selling and profiting the unauthorized works

### COUNT I - COPYRIGHT INFRINGEMENT OF "LOVERS"

29.     Benfield realleges and reaffirms the allegations in paragraphs 1 through 28.

30.     Benfield is the owner of the copyright in his work entitled "Lovers."

31.     The Registration Number is VA 1-309-559. A copy of the Certificate of Registration is attached as Exhibit "C".

-8-

32.     Defendants, UK, Park West, and Keaton, have sold limited editions of "Lovers" with forged Benfield signatures.

33.     Defendants, Carnival, HA, RCL, and Celebrity have allowed limited edition prints of "Lovers" with forged Benfield signatures to be sold on auctions aboard their ships.

34.     Through agreements with Defendants, Park West and Keaton, Defendants, Carnival, HA, RCL, and Celebrity have profited from the selling of forged Benfield limited editions of "Lovers".

## COUNT II - COPYRIGHT INFRINGEMENT OF "APPASSIONATA I"

35.     Benfield realleges and reaffirms the allegations in paragraphs 1 through 28.

36.     Benfield is the owner of the copyright in his work entitled "Appassionata I."

37.     The Registration Number is VA 1-309-558. A copy of the Certificate of Registration is attached as Exhibit "D".

38.     Defendants, UK, Park West, and Keaton, have sold limited editions of "Appassionatta I" with forged Benfield signatures.

39.     Defendants, Carnival, HA, RCL, and Celebrity, have allowed limited edition prints of "Appassionatta I" with forged Benfield signatures to be sold on auctions aboard their ships.

40.     Through agreements with Defendants, Park West and Keaton, Defendants, Carnival, HA, RCL, and Celebrity, have profited from the selling of forged Benfield limited editions of "Appassionatta I".

## COUNT III - COPYRIGHT INFRINGEMENT OF "DESIRE"

41.     Benfield realleges and reaffirms the allegations in paragraphs 1 through 28.

42.     Benfield is the owner of the copyright in his work entitled "Desire."

43.     The Registration Number is VA 1-309-557. A copy of the Certificate of Registration is attached as Exhibit "E".

44.     Defendants, UK, Park West, and Keaton, have sold limited editions of "Desire" with forged Benfield signatures.

45.     Defendants, Carnival, HA, RCL, and Celebrity, have allowed limited edition prints of "Desire" with forged Benfield signatures to be sold on auctions aboard their ships.

46.     Through agreements with Defendants, Park West and Keaton, Defendants, Carnival, HA, RCL, and Celebrity have profited from the selling of forged Benfield limited editions of "Desire".

## COUNT IV - COPYRIGHT INFRINGEMENT OF "CONFIDENCES I"

47.     Benfield realleges and reaffirms the allegations in paragraphs 1 through 28.

48.     Benfield is the owner of the copyright in his work entitled "Confidences I."

49.     The Registration Number is VA 1-309-556. A copy of the Certificate of Registration is attached as Exhibit "F".

50.     Defendants, UK, Park West, and Keaton, have sold limited editions of "Confidences I" with forged Benfield signatures.

51.     Defendants, Carnival, HA, RCL, and Celebrity, have allowed limited edition prints of "Confidences I" with forged Benfield signatures to be sold on auctions aboard their ships.

52.     Through agreements with Defendants, Park West and Keaton, Defendants, Carnival, HA, RCL, and Celebrity, have profited from the selling of forged Benfield limited editions of "Confidences I."

## COUNT V - COPYRIGHT INFRINGEMENT OF "L'AMOUR"

53.     Benfield realleges and reaffirms the allegations in paragraphs 1 through 28.

-10-

54.     Benfield is the owner of the copyright in his work entitled "L'Amour."

55.     The Registration Number is VA 1-309-555. A copy of the Certificate of Registration is attached as Exhibit "G".

56.     Defendants, UK, Park West, and Keaton, have sold limited editions of "L'Amour" with forged Benfield signatures.

57.     Defendants, Carnival, HA, RCL, and Celebrity have allowed limited edition prints of "L'Amour" with forged Benfield signatures to be sold on auctions aboard their ships.

58.     Through agreements with Defendants, Park West and Keaton, Defendants, Carnival, HA, RCL, and Celebrity have profited from the selling of forged Benfield limited editions of "L'Amour".

## COUNT VI - COPYRIGHT INFRINGEMENT OF "EQUINOX"

59.     Benfield realleges and reaffirms the allegations in paragraphs 1 through 28.

60.     Benfield is the owner of the copyright in his work entitled "Equinox."

61.     The Registration Number is VA 1-309-554. A copy of the Certificate of Registration is attached as Exhibit "H".

62.     Defendants, UK, Park West, and Keaton, have sold limited editions of "Equinox" with forged Benfield signatures.

63.     Defendants, Carnival, HA, RCL, and Celebrity have allowed limited edition prints of "Equinox" with forged Benfield signatures to be sold on auctions aboard their ships.

64.     Through agreements with Defendants, Park West and Keaton, Defendants, Carnival, HA, RCL, and Celebrity, have profited from the selling of forged Benfield limited editions of "Equinox".

## COUNT VII - COPYRIGHT INFRINGEMENT OF "MIRANDA"

65.   Benfield realleges and reaffirms the allegations in paragraphs 1 through 28.

66.   Benfield is the owner of the copyright in his work entitled "Equinox."

67.   The Registration Number is VA 1-309-553. A copy of the Certificate of Registration is attached as Exhibit "I".

68.   Defendants, UK, Park West, and Keaton, have sold limited editions of "Equinox" with forged Benfield signatures.

69.   Defendants, Carnival, HA, RCL, and Celebrity, have allowed limited edition prints of "Equinox" with forged Benfield signatures to be sold on auctions aboard their ships.

70.   Through agreements with Defendants, Park West and Keaton, Defendants, Carnival, HA, RCL, and Celebrity, have profited from the selling of forged Benfield limited editions of "Equinox".

## COUNT VIII - COPYRIGHT INFRINGEMENT OF "SIENNA NIGHTS"

71.   Benfield realleges and reaffirms the allegations in paragraphs 1 through 28.

72.   Benfield is the owner of the copyright in his work entitled "Sienna Nights."

73.   The Registration Number is VA 1-309-552. A copy of the Certificate of Registration is attached as Exhibit "J".

74.   Defendants, UK, Park West, and Keaton, have sold limited editions of "Sienna Nights" with forged Benfield signatures.

75.   Defendants, Carnival, HA, RCL, and Celebrity, have allowed limited edition prints of "Sienna Nights" with forged Benfield signatures to be sold on auctions aboard their ships.

-12-

76.     Through agreements with Defendants, Park West and Keaton, Defendants, Carnival, HA, RCL, and Celebrity, have profited from the selling of forged Benfield limited editions of "Equinox".

WHEREFORE, Plaintiff respectfully requests that:

A.     Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the artworks copyrighted by Plaintiff pursuant to 17 U.S.C. §502;

B.     Defendants be ordered to pay to Plaintiff all of the gains, profits and advantages obtained by them as a result of their activities of infringement of Plaintiff's copyrighted artworks;

C.     Defendants be ordered to pay costs, reasonable attorney's fees, pursuant to 17 U.S.C. §505; and

D.     Any further and just relief that this Court may deem just and proper.

Dated: August _____, 2005.

                                        Alberto J. Ordoñez, P.A.
                                        One Brickell Square, PH1
                                        801 Brickell Avenue
                                        Miami, FL 33131-4943
                                        Tel:    305-373-0444
                                        Fax:    305-373-6444


                                        _____
                                        Alberto J. Ordoñez
                                        Fla. Bar No. 345369
                                        Joel D. Lucoff, Of Counsel
                                        Fla. Bar No. 192163

-13-

**LCA**

## LONDON CONTEMPORARY ART

PUBLISHERS OF ORIGINAL PRINTS

## Acknowledgement

Re:   the contract dated.......... *1999*........ between...... *Gary Benfold* ...(artist)
and London Contemporary Art (LCA).

The artist acknowledges that LCA is in negotiation with UK Acquisition Co, owned by Park
West Galleries Inc (the company) who wish to acquire part of LCA's business and assets.
Should this occur, the artist agrees that their contract will be assigned to the new company and
that as long as the company is not in default of the agreed contract the artist will fulfil the
contract according to it's terms.

Signature.................

Date....*22/12/03*.................

LONDON CONTEMPORARY ART LIMITED.
88 PETERBOROUGH ROAD, LONDON SW6 2NH
TELEPHONE: [020] 7731 7770, FAX: [020] 7610 6613
REGISTERED OFFICE AT THE ABOVE ADDRESS
COMPANY REGISTRATION NUMBER 3009586

www.lca-art.com                                                                            sales@lca-art.com



**LC**

# LONDON CONTEMPORARY ART

PUBLISHERS OF ORIGINAL PRINTS

### Agreement

Between London Contemporary Art LTD (LCA) of 88, Peterborough Road, London SW6 3HH and _____ *Gary Benfold* _____ (Artist)

Dated   29·11·99

LCA undertake to publish not less than six editions yearly of the Artist's work.

LCA may arrange exhibitions for the Artist's work and will distribute and promote the Artist's work worldwide.

LCA may publish literature in the form of books and leaflets about the Artist, illustrating the Artist's life and works.

The Artist will make available to LCA all his works for LCA to select images to be published and/or to purchase.

LCA will be the exclusive publisher of Limited Edition prints of the Artist.

The Artists maintains the copyright of all images.

The Artist will sell original paintings to LCA at £400 for 18x28 size approx, £500 for 36x26 size approx and £700 for 33x46 approx.

The Artist will invoice LCA when the prints are signed.  LCA will make payment 30 days after the receipt of invoice.

The price paid to the Artist for per edition of 750 will be £1,700 for images of 36x24 size approx, £1,400 for images of 23x17 size approx and £1,000 for images over 12x18 size approx.

The Artist will receive 10 Artists Proofs of each edition.

The agreement will last for five years.  LCA will have the option to renew the agreement for another five years if it has abided by all its contracted undertakings.

Signed _____   Signed _____
FOR LONDON CONTEMPORARY ART   FOR THE ARTIST

LONDON CONTEMPORARY ART LIMITED
88 PETERBOROUGH ROAD, LONDON SW6 3HH
TELEPHONE: (020) 7731 7770, FAX: (020) 7610 6617
REGISTERED OFFICE AT THE ABOVE ADDRESS
COMPANY REGISTRATION NUMBER 2009585



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-309-559**

VA          VAU

Effective Date of Registration

**JUL 08 2005**

Application Received
JUL 08 2005
Deposit Received
One      Two   JUL 08 2005
Fee Received

Examined By

Correspondence ☐

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

| | | |
|---|---|---|
| **Title of This Work:** Alternative title or title of larger work in which this work was published: | **1** | Lovers I |
| **Name and Address of Author and Owner of the Copyright:** Nationality or domicile: Phone, fax, and email: | **2** | Gary Benfield 56 Dale Park Rd. London, SE19 3TY, United Kingdom  Phone ( 305 ) 373-0444        Fax ( 305 ) 373-6444 Email  c/o aordonez@ordonezlaw.com |
| **Year of Creation:** | **3** | 2002 |
| ***If work has been published,* Date and Nation of Publication:** | **4** | a. Date  January         1      2002    (Month, day, and Month      Day      Year     year all required)  b. Nation |
| **Type of Authorship in This Work:** Check all that this author created. | **5** | ☐ 3-Dimensional sculpture    ☐ Photograph         ☐ Map ☑ 2-Dimensional artwork      ☐ Jewelry design      ☐ Text ☐ Technical drawing |
| **Signature:** Registration cannot be completed without a signature. | **6** | I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one: ☐ Author  ☑ Authorized agent  X _____ |
| **Name and Address of Person to Contact for Rights and Permissions:** Phone, fax, and email: | **7** | ☐ Check here if same as #2 above. Alberto J. Ordonez, Esq., 801 Brickell Ave., PH1, Miami, FL 33131  Phone ( 305 ) 373-0444        Fax ( 305 ) 373-6444 Email aordonez@ordonezlaw.com |

**OPTIONAL**

| | |
|---|---|
| **8** Certificate will be mailed in window envelope to this address: | Name ▼  Alberto J. Ordonez, Esq.  Number/Street/Apt ▼  801 BRICKELL AVE PH1  City/State/ZIP ▼  MIAMI FL 33131-4943    EXHIBIT C |
| | **9** Deposit Account # _____ Name _____  DO NOT WRITE HERE    Page 1 of ____ pages |

Complete this space only if you currently hold a Deposit Account in the Copyright Office.

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

August 2003—30,000   Web Rev August 2003   ♻ Printed on recycled paper                                    U S Government Printing Office: 2003-496-605/60,031

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Short Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**VA 1–309–558**

VA     VAU

Effective Date of Registration
**JUL 0 8 2005**

Application Received
JUL 0 8 2005
Deposit Received
One          Two   JUL 0 8 2005
Fee Received

---

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

| | | |
|---|---|---|
| **Title of This Work:** Alternative title or title of larger work in which this work was published: | **1** | Appassionata I |
| **Name and Address of Author and Owner of the Copyright:** Nationality or domicile: Phone, fax, and email: | **2** | **Gary Benfield** 56 Dale Park Rd. London, SE19 3TY, United Kingdom Phone ( 305 ) 373-0444     Fax ( 305 ) 373-6444 Email c/o aordonez@ordonezlaw.com |
| **Year of Creation:** | **3** | 2002 |
| **If work has been published, Date and Nation of Publication:** | **4** | a. Date February / 1 / 2002 (Month, day, and year all required) Month   Day   Year b. Nation |
| **Type of Authorship in This Work:** Check all that this author created. | **5** | ☐ 3-Dimensional sculpture   ☐ Photograph   ☐ Map ☑ 2-Dimensional artwork   ☐ Jewelry design   ☐ Text ☐ Technical drawing |
| **Signature:** Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one: ☐ Author ☑ Authorized agent X |
| **Name and Address of Person to Contact for Rights and Permissions:** Phone, fax, and email: | **7** | ☐ Check here if same as #2 above. Alberto J. Ordonez, Esq., 801 Brickell Ave., PH1, Miami, FL 33131 Phone ( 305 ) 373-0444     Fax ( 305 ) 373-6444 Email aordonez@ordonezlaw.com |

---

**8**
Certificate will be mailed in window envelope to this address:

Name ▼
Alberto J. Ordonez, Esq.
Number/Street/Apt ▼
801 BRICKELL AVE PH1
City/State/ZIP ▼
MIAMI FL 33131-4943

EXHIBIT
*D*

Complete this space only if you currently hold a Deposit Account in the Copyright Office.

**9**
Deposit Account # _____
Name _____

DO NOT WRITE HERE          Page 1 of ___ pages

---

*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1–309–557**

VA          VAU

Effective Date of Registration
**JUL 0 8 2005**

Application Received
JUL 0 8 2005

| Deposit Received | | |
|---|---|---|
| One | Two | JUL 0 8 2005 |
| Fee Received | | |

Examined By
Correspondence ☐

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

| | | |
|---|---|---|
| **Title of This Work:**<br><br>Alternative title or title of larger work in which this work was published: | **1** | Desire |
| **Name and Address of Author and Owner of the Copyright:**<br><br>Nationality or domicile:<br>Phone, fax, and email: | **2** | Gary Benfield<br>56 Dale Park Rd.<br>London, SE19 3TY, United Kingdom<br><br>Phone ( 305 ) 373-0444          Fax ( 305 ) 373-6444<br>Email  c/o aordonez@ordonezlaw.com |
| **Year of Creation:** | **3** | 2003 |
| ***If work has been published,* Date and Nation of Publication:** | **4** | a. Date  January          1          2003          *(Month, day, and year all required)*<br>          Month          Day          Year<br><br>b. Nation |
| **Type of Authorship in This Work:**<br>Check all that this author created. | **5** | ☐ 3-Dimensional sculpture   ☐ Photograph      ☐ Map<br>☑ 2-Dimensional artwork    ☐ Jewelry design   ☐ Text<br>☐ Technical drawing |
| **Signature:**<br><br>Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☐ Author  ☑ Authorized agent<br><br>X _____ |
| **Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | ☐ Check here if same as #2 above.<br>Alberto J. Ordonez, Esq., 801 Brickell Ave., PH1, Miami, FL 33131<br><br>Phone ( 305 ) 373-0444          Fax ( 305 ) 373-6444<br>Email aordonez@ordonezlaw.com |

OPTIONAL

| | | | |
|---|---|---|---|
| **8**<br>Certificate will be mailed in window envelope to this address: | Name ▼<br>Alberto J. Ordonez, Esq.<br>Number/Street/Apt ▼<br>801 BRICKELL AVE PH1<br>City/State/ZIP ▼<br>MIAMI FL 33131-4943 | EXHIBIT<br>E | **9** Deposit Account #_____<br>Name _____<br><br>Complete this space only if you are maintaining a Deposit Account in the Copyright Office.<br>DO NOT WRITE HERE   Page 1 of ___ pages |

*17 U S C § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

August 2003–30,000   Web Rev August 2003   ⊕ Printed on recycled paper

U S Government Printing Office 2003-496-605/60,031

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Short Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1–309–556**

VA                     VAU

Effective Date of Registration

**JUL 0 8 2005**

Application Received
JUL 0 8 2005

| | |
|---|---|
| Deposit Received One | **JUL 0 8 2005** Two |
| Fee Received | |

Examined By

Correspondence ☐

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

| | | |
|---|---|---|
| **Title of This Work:**<br><br>Alternative title or title of larger work in which this work was published: | **1** | Confidences *I* |
| **Name and Address of Author and Owner of the Copyright:**<br><br>Nationality or domicile:<br>Phone, fax, and email: | **2** | Gary Benfield<br>56 Dale Park Rd.<br>London, SE19 3TY, United Kingdom<br><br>Phone ( 305   ) 373-0444          Fax ( 305    ) 373-6444<br>Email  c/o aordonez@ordonezlaw.com |
| **Year of Creation:** | **3** | 2002 |
| *If work has been published,* **Date and Nation of Publication:** | **4** | a. Date  March _____ 1 _____ 2002 _____ *(Month, day, and year all required)*<br>              Month          Day          Year<br><br>b. Nation |
| **Type of Authorship in This Work:**<br>Check all that this author created. | **5** | ☐ 3-Dimensional sculpture        ☐ Photograph        ☐ Map<br>☑ 2-Dimensional artwork          ☐ Jewelry design     ☐ Text<br>☐ Technical drawing |
| **Signature:**<br><br>Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☐ Author  ☑ Authorized agent<br><br>X _____ |
| **Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | ☐ Check here if same as #2 above.<br>Alberto J. Ordonez, Esq., 801 Brickell Ave., PH1, Miami, FL 33131<br><br>Phone ( 305   ) 373-0444          Fax ( 305    ) 373-6444<br>Email aordonez@ordonezlaw.com |

OPTIONAL

| | | |
|---|---|---|
| **8**<br>Certificate will be mailed in window envelope to this address: | Name ▼<br>Alberto J. Ordonez, Esq.<br>Number/Street/Apt ▼<br>801 BRICKELL AVE PH1<br>City/State/ZIP ▼<br>MIAMI FL 33131-4943 | **9** Deposit Account # _____<br>Name _____<br><br><br>DO NOT WRITE HERE      Page 1 of 1 pages |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

August 2003—30,000     Web Rev August 2003     ♻ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,031

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1—309—555**

Effective Date of Registration
**JUL 0 8 2005**

Application Received
**JUL 0 8 2005**

| Deposit Received One . | Two | JUL 0 8 2005 |
|---|---|---|

Fee Received

Examined By

Correspondence ☐

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

---

**1** Title of This Work:

Alternative title or title of larger work in which this work was published:

L'Amour

---

**2** Name and Address of Author and Owner of the Copyright:

Nationality or domicile: Phone, fax, and email:

Gary Benfield
56 Dale Park Rd.
London, SE19 3TY, United Kingdom

Phone ( 305 ) 373-0444      Fax ( 305 ) 373-4444
Email c/o aordonez@ordonezlaw.com

---

**3** Year of Creation:

2003

---

**4** If work has been published, Date and Nation of Publication:

a. Date  July | 1 | 2003 | *(Month, day, and year all required)*
Month | Day | Year

b. Nation

---

**5** Type of Authorship in This Work: Check all that this author created.

☐ 3-Dimensional sculpture     ☐ Photograph     ☐ Map
☑ 2-Dimensional artwork       ☐ Jewelry design  ☐ Text
☐ Technical drawing

---

**6** Signature:

Registration cannot be completed without a signature.

*I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:
☐ Author  ☑ Authorized agent

X

---

**7** Name and Address of Person to Contact for Rights and Permissions: Phone, fax, and email:

☐ Check here if same as #2 above.
Alberto J. Ordonez, Esq., 801 Brickell Ave., PH1, Miami, FL 33131

Phone ( 305 ) 373-0444      Fax ( 305 ) 373-4444
Email aordonez@ordonezlaw.com

---

**8** Certificate will be mailed in window envelope to this address:

Name ▼
Alberto J. Ordonez, Esq.



Number/Street/Apt ▼
801 BRICKELL AVE PH1

City/State/ZIP ▼
MIAMI FL 33131-4943

**9** Deposit Account #_____

Name _____

Complete this space only if you currently hold a Deposit Account in the Copyright Office.

DO NOT WRITE HERE      Page 1 of ___ pages

*17 U S C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

August 2003—30,000   Web Rev August 2003   ☼ Printed on recycled paper

U S Government Printing Office 2003-496-605/60,031

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

VA 1–309–554

VAU

**Effective Date of Registration**
JUL 0 8 2005

Application Received
JUL 0 8 2005

| Deposit Received | | |
|---|---|---|
| One | Two | JUL 0 8 2005 |

Fee Received

---

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

Examined By

Correspondence ☐

| | | |
|---|---|---|
| **Title of This Work:**<br><br>Alternative title or title of larger work in which this work was published: | **1** | Equinox |
| **Name and Address of Author and Owner of the Copyright:**<br><br>Nationality or domicile:<br>Phone, fax, and email: | **2** | Gary Benfield<br>56 Dale Park Rd.<br>London, SE19 3TY, United Kingdom<br><br>Phone ( 305 ) 373-0444          Fax ( 305 ) 373-6444<br>Email  c/o aordonez@ordonezlaw.com |
| **Year of Creation:** | **3** | 2003 |
| *If work has been published,* **Date and Nation of Publication:** | **4** | a. Date ___March___   ___1___   ___2003___   *(Month, day, and*<br>              Month          Day        Year        *year all required)*<br><br>b. Nation |
| **Type of Authorship in This Work:**<br>Check all that this author created. | **5** | ☐ 3-Dimensional sculpture   ☐ Photograph   ☐ Map<br>☑ 2-Dimensional artwork      ☐ Jewelry design   ☐ Text<br>☐ Technical drawing |
| **Signature:**<br><br>Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☐ Author  ☑ Authorized agent<br><br>X _____ |
| **Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | ☐ Check here if same as #2 above.<br>Alberto J. Ordonez, Esq., 801 Brickell Ave., PH1, Miami, FL 33131<br><br>Phone ( 305 ) 373-0444          Fax ( 305 ) 373-6444<br>Email aordonez@ordonezlaw.com |

**OPTIONAL**

---

**8**
Certificate will be mailed in window envelope to this address:

Name ▼
Alberto J. Ordonez, Esq.

Number/Street/Apt ▼
801 BRICKELL AVE PH1

City/State/ZIP ▼
MIAMI FL 33131-4943

EXHIBIT
H

**9**
Deposit Account # _____
Name _____

Complete this space only if you currently hold a Deposit Account in the Copyright Office.

DO NOT WRITE HERE
Page 1 of ___ pages

---

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

August 2003—30,000   Web Rev August 2003   ♲ Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60,031

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1—309—553



*VA                        VAU*

Effective Date of Registration

JUL 0 8 2005

Application Received
JUL 0 8 2005
Deposit Received
One                        Two    JUL 0 8 2005
Fee Received

Examined By

Correspondence ☐

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

| | | |
|---|---|---|
| **Title of This Work:**<br><br>Alternative title or title of larger work in which this work was published: | **1** | Miranda |
| **Name and Address of Author and Owner of the Copyright:**<br><br>Nationality or domicile:<br>Phone, fax, and email: | **2** | Gary Benfield<br>56 Dale Park Rd.<br>London, SE19 3TY, United Kingdom<br><br>Phone ( 305  ) 373-0444          Fax ( 305  ) 373-6444<br>Email  c/o aordonez@ordonezlaw.com |
| **Year of Creation:** | **3** | 2003 |
| **If work has been published, Date and Nation of Publication:** | **4** | a. Date  January          1          2003     *(Month, day, and*<br>         Month          Day          Year     *year all required)*<br><br>b. Nation |
| **Type of Authorship in This Work:**<br>Check all that this author created. | **5** | ☐ 3-Dimensional sculpture     ☐ Photograph          ☐ Map<br>☑ 2-Dimensional artwork       ☐ Jewelry design     ☐ Text<br>☐ Technical drawing |
| **Signature:**<br><br>Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☐ Author  ☑ Authorized agent<br><br>X |
| **Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | ☐ Check here if same as #2 above.<br>Alberto J. Ordonez, Esq., 801 Brickell Ave., PH1, Miami, FL 33131<br><br>Phone ( 305  ) 373-0444          Fax ( 305  ) 373-6444<br>Email aordonez@ordonezlaw.com |

**OPTIONAL**

| **8** | | | **9** | |
|---|---|---|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼<br>Alberto J. Ordonez, Esq.<br>Number/Street/Apt ▼<br>801 BRICKELL AVE PH1<br>City/State/ZIP ▼<br>MIAMI FL 33131-4943 | **EXHIBIT** *I* | Deposit Account #<br>Name | Complete this space only if you currently hold a Deposit Account in the Copyright Office.<br><br>DO NOT WRITE HERE     Page 1 of ___ pages |

*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Short Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



VA 1–309–552

Effective Date of Registration

**JUL 0 8 2005**

Application Received   JUL 08 2005
Deposit Received   One _____ Two   JUL 08 2005
Fee Received

Examined By _____
Correspondence ☐

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

| | | |
|---|---|---|
| **Title of This Work:**<br><br>Alternative title or title of larger work in which this work was published: | **1** | Sienna Nights |
| **Name and Address of Author and Owner of the Copyright:**<br><br>Nationality or domicile:<br>Phone, fax, and email: | **2** | Gary Benfield<br>56 Dale Park Rd.<br>London, SE19 3TY, United Kingdom<br><br>Phone ( 305 ) 373-0444       Fax ( 305 ) 373-6444<br>Email  c/o aordonez@ordonezlaw.com |
| **Year of Creation:** | **3** | 2003 |
| **If work has been published, Date and Nation of Publication:** | **4** | a. Date ___June___ ___ ___1___ ___2003___ *(Month, day, and year all required)*<br>         Month         Day      Year<br><br>b. Nation |
| **Type of Authorship in This Work:**<br>Check all that this author created. | **5** | ☐ 3-Dimensional sculpture    ☐ Photograph        ☐ Map<br>☑ 2-Dimensional artwork       ☐ Jewelry design    ☐ Text<br>☐ Technical drawing |
| **Signature:**<br><br>Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☐ Author   ☑ Authorized agent<br><br>X _____ |
| **OPTIONAL**  **Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | ☐ Check here if same as #2 above.<br>Alberto J. Ordonez, Esq., 801 Brickell Ave., PH1, Miami, FL 33131<br><br>Phone ( 305 ) 373-0444       Fax ( 305 ) 373-6444<br>Email aordonez@ordonezlaw.com |

**8**
Certificate will be mailed in window envelope to this address:

Name ▼ Alberto J. Ordonez, Esq.
Number/Street/Apt ▼ 801 BRICKELL AVE PH1
City/State/ZIP ▼ MIAMI FL 33131-4943

**EXHIBIT**

Complete this space only if you currently hold a Deposit Account in the Copyright Office.

**9** Deposit Account # _____
Name _____

DO NOT WRITE HERE    Page 1 of ___ pages

*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

August 2003—30,000   Web Rev August 2003   ♻ Printed on recycled paper            U.S. Government Printing Office: 2003-496-605/60,031

✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION □ APPEAL | | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA |
|---|---|---|
| DOCKET NO.<br>05-22292-CV-PCH | DATE FILED<br>08/18/05 | 301 N. Miami Avenue<br>Miami, FL 33128 |
| PLAINTIFF<br>Gary Benfield | | DEFENDANT<br>UK Acquisition Co., et al. |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1     (see attached) | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>□ Amendment      □ Answer      □ Cross Bill      □ Other Pleading | |
|---|---|---|
| **COPYRIGHT**<br>**REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>□ Order    □    Judgment | WRITTEN OPINION ATTACHED<br>□ Yes  □ No | DATE RENDERED |
|---|---|---|
| CLERK<br>CLARENCE MADDOX | (BY) DEPUTY CLERK<br>N. Toloza | DATE<br>8/19/05 |

|  | 1) Upon initiation of action,<br>mail copy to Register of Copyrights | 2) Upon filing of document adding copyright(s),<br>mail copy to Register of Copyrights | 3) Upon termination of action,<br>mail copy to Register of Copyrights |
|---|---|---|---|
| **DISTRIBUTION:** | 4) In the event of an appeal, forward copy to Appellate Court | | 5) Case File Copy |

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

## 05-22292

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Gary Benfield

**DEFENDANTS**

UK Acquisition Co., Park West Galleries, Inc., Carnival Corp., Holland America, Royal Caribbean, Celebrity, United States Cruises

**(b)** County of Residence of First Listed Plaintiff  *United Kingdom*
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Alberto J. Cardone
801 Brickell Ave, PH2
Miami, FL 33131

MAGISTRATE JUDGE
SIMONTON

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

| II. BASIS OF JURISDICTION (Place an "X" in One Box Only) | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff |
|---|---|
| | (For Diversity Cases Only) and One Box for Defendant) |

Dade 1:05CV-22292/HUCK/AMS

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Security Act | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
17 U.S.C. §502   Defendants infringed on Plaintiff's copyrights.
LENGTH OF TRIAL via _10_ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):   JUDGE ___   DOCKET NUMBER ___

DATE  *Aug. 18, 2005*

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 125945   AMOUNT 250   APPLYING IFP ___