UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-22292-CIV-HUCK/SIMONTON

GARY BENFIELD,

    Plaintiff,

vs.

UK ACQUISITION CO., *et al.*,

    Defendants.
_____/

CLOSED CIVIL CASE

FILED by _____ D.C.
Feb 13, 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice filed on February 13, 2006. Having reviewed the notice and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. All pending motions are DENIED as moot and the case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, this 13th day of February, 2006.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record

AO 120 (Rev. 2/99)

| COMMISSIONER OF PATENTS & TRADEMARKS<br>2121 CRYSTAL DRIVE<br>SUITE 1100<br>ARLINGTON, VA 22201 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _Southern District of Florida_ on the following ☐ Patents or ☐ Trademarks:

| DOCKET NO.<br>05-22292-CV-HUCK | DATE FILED<br>02/13/06 | U.S. DISTRICT COURT<br>Southern District of Florida |
|---|---|---|
| PLAINTIFF<br>Gary Benfield | | DEFENDANT<br>UK Acquisition Co. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Notice of Voluntary Dismissal and Final Order of Dismissal dated 02/13/06 |

| CLERK<br>CLARENCE MADDOX | (BY) DEPUTY CLERK<br>Barbara Sohn | DATE<br>2/14/06 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner   Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4—Case file copy